MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Vanessa Sanchez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>Vanessa Sanchez,<br><br>        Defendants. | CASE NO. 1:19-cr-00092-DAD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: November 26, 2019<br>TIME: 2:30 p.m.<br>JUDGE: Hon. Jennifer L. Thurston |

**STIPULATION**

COMES NOW, Defendant, Vanessa Sanchez, by and through her attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for status on November 13, 2019 at 2:30 p.m.

2. By this stipulation, defendants now move to vacate the status hearing until **November 26, 2019 at 2:30 p.m.** before the Honorable Jennifer L. Thurston, and to exclude time between the date of this stipulation and November 26, 2019 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The government joins in this request.

1

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for defendant requires additional time to review discovery and discuss plea negotiations with the Assistant United States Attorney.

b. The government does not object to, and agrees with, the requested continuance.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to November 26, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: November 12, 2019

                                          /s/ Monica L. Bermudez
                                          MONICA L. BERMUDEZ
                                          Counsel for Defendant
                                          Vanessa Sanchez

DATED: November 12, 2019

                                          /s/Anthony Yim
                                          ANTHONY YIM
                                          Assistant United States Attorney

**O R D E R**

1. The stipulation of the parties is GRANTED;

2. The status conference is CONTINUED to November 26, 2019;

3. The time period of the date of this order to November 26, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **November 13, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE