HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:19-CR-00092-DAD |
| *Plaintiff,* | ) ) ) | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | ) ) | |
| VANESSA SANCHEZ, | ) ) | |
| *Defendant,* | ) ) ) | |
| | ) | |

Defendant, Vanessa Sanchez, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel.

Ms. Sanchez submits the attached Financial Affidavit as evidence of her inability to retain counsel. On September 29, 2021, a Petition for Violation of Probation was filed and an initial appearance is scheduled on October 12, 2021.

After reviewing her Financial Affidavit it is respectfully recommended that CJA panel counsel Serita Rios be promptly appointed *nunc pro tunc* as of October 6, 2021 to assist in advance.

DATED: October 7, 2021

_/s/ Eric V. Kersten_____
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel Serita Rios *nunc pro tunc* as of October 6, 2021 pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **October 7, 2021**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE