1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. **1:19-CR-00092-DAD-BAM** |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| **VANESSA SANCHEZ,** | |
| Defendant. | |

   Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

   1.   A status conference was previously set for December 8, 2021.

   2.   By this stipulation, the above-named defendant agrees to continue this matter to February 1, 2022.

   3.   Counsel for the defendant wishes to have the defendant avail herself of various programs she is participating in, such as Reentry Court and counseling and parenting classes.

///

///

///

///

///

STIPULATION                               1

IT IS SO STIPULATED.

Dated: November 30, 2021              PHILLIP A. TALBERT
                                                     Acting United States Attorney

                                                     /s/ KAREN A. ESCOBAR
                                                     KAREN A. ESCOBAR
                                                     Assistant United States Attorney

Dated: November 30, 2021              /s/ SERITA RIOS
                                                     SERITA RIOS
                                                   Counsel for Defendant
                                                   VANESSA SANCHEZ

## **ORDER**

IT IS SO ORDERED that the status conference is continued from December 8, 2021, to **February 1, 2022, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated: **December 1, 2021**           /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE