Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant VANESSA SANCHEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:19-CR-00092-DAD-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER** |
| vs. | |
| VANESSA SANCHEZ, | |
| Defendant. | |

## STIPULATION

The defendant, VANESSA SANCHEZ by and through her counsel, Serita Rios, and the United States of America, by and through its counsel, Assistant United States Attorney Karen Escobar, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on February 1, 2022.

2. By this stipulation, the parties agree to continue the status conference to May 24, 2022.

3. Counsel for Ms. Sanchez, and Ms. Sanchez's Probation Officer, Julie Martin, wish to have Ms. Sanchez continue to participate in various programs including Reentry Court before we come to a disposition in this matter.

IT IS SO STIPULATED.

Dated: January 24, 2022

/s/ Serita Rios

**Serita Rios**
Attorney for Defendant

Dated: January 24, 2022

/s/ Karen Escobar

**KAREN ESCOBAR**
Assistant United States Attorney

ORDER

IT IS SO ORDERED that the status conference is continued from February 1, 2022, to **May 24, 2022, at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated: **January 24, 2022**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE