Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant VANESSA SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>VANESSA SANCHEZ,<br><br>　　　　　　　　　　Defendant. | Case No.  1:19-CR-00092-DAD-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER** |

**STIPULATION**

The defendant, VANESSA SANCHEZ by and through her counsel, Serita Rios, and the United States of America, by and through its counsel, Assistant United States Attorney Karen Escobar, hereby stipulate as follows:

1.　By previous order, this matter was set for a status conference on May 24, 2022.

2.　By this stipulation, the parties agree to continue the status conference to July 27, 2022.

3.  Counsel for Ms. Sanchez, and Ms. Sanchez's Probation Officer, Julie Martin, wish to have Ms. Sanchez continue to participate in various programs including Reentry Court before we come to a disposition in this matter.

IT IS SO STIPULATED.

Dated: May 10, 2022

*/s/ Serita Rios*

**Serita Rios**
Attorney for Defendant

Dated: May 10, 2022

*/s/ Karen Escobar*

**KAREN ESCOBAR**
Assistant United States Attorney

## ORDER

IT IS SO ORDERED that the status conference is continued from May 24, 2022, to **July 27, 2022, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe.**

IT IS SO ORDERED.

Dated:   **May 10, 2022**         /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE