Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant VANESSA SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:19-CR-00092-DAD-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER** |
| vs. | |
| VANESSA SANCHEZ, | |
| Defendant. | |

## STIPULATION

The defendant, VANESSA SANCHEZ by and through her counsel, Serita Rios, and the United States of America, by and through its counsel, Assistant United States Attorney Karen Escobar, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on July 27, 2022.

2. By this stipulation, the parties agree to continue the status conference to September 28, 2022.

3.  Counsel for Ms. Sanchez, and Ms. Sanchez's Probation Officer, Julie Martin, wish to have Ms. Sanchez continue to participate in various programs including Reentry Court before we come to a disposition in this matter.

IT IS SO STIPULATED.

Dated: July 20, 2022

*/s/ Serita Rios*

**Serita Rios**
Attorney for Defendant

Dated: July 20, 2022

*/s/ Karen Escobar*

**KAREN ESCOBAR**
Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED that the status conference is continued from July 27, 2022, to **September 28, 2022, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean.**

IT IS SO ORDERED.

Dated:   **July 20, 2022**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE