Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant VANESSA SANCHEZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>        vs.<br><br>VANESSA SANCHEZ,<br><br>                              Defendant. | Case No.  1:19-CR-00092-DAD-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON** |

### STIPULATION

The defendant, VANESSA SANCHEZ by and through her counsel, Serita Rios, and the United States of America, by and through its counsel, Assistant United States Attorney Karen Escobar, hereby stipulate as follows:

1.     By previous order, this matter was set for a status conference on September 28, 2022.

2.     By this stipulation, the parties agree to continue the status conference to November 30, 2022.

-1-

3. Counsel for Ms. Sanchez, and Ms. Sanchez's Probation Officer, Julie Martin, wish to have Ms. Sanchez continue to participate in various programs including Reentry Court before we come to a disposition in this matter.

IT IS SO STIPULATED.

Dated: September 26, 2022

*/s/ Serita Rios*

**Serita Rios**
Attorney for Defendant

Dated: September 26, 2022

*/s/ Karen Escobar*

**KAREN ESCOBAR**
Assistant United States Attorney

## ORDER

The parties' stipulation is granted and the status conference currently set for September 28, 2022, is CONTINUED to November 30, 2022, at 2:00 pm before the duty magistrate judge.

IT IS SO ORDERED.

Dated:  **September 26, 2022**       /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE