PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>VANESSA SANCHEZ,<br><br>           Defendant. | CASE NO. 1:19-CR-00092 ADA<br><br>UNITED STATES' MOTION TO DISMISS AND ORDER |

At the request of the U.S. Probation Office, the United States of America, by and through its undersigned counsel, hereby moves for dismissal of the supervised release violation petition filed herein on September 29, 2021, alleging a new law violation.

The probation officer advised that the defendant will graduate from Re-Entry Court in December and has "pulled her life together." Defense counsel further advised that the defendant has successfully completed a parenting course, obtained her driver's license, and is maintaining full time employment.

/ / /

/ / /

/ / /

/ / /

MOTION TO DISMISS AND PROPOSED ORDER

She is also expecting a baby in January.

It is further requested that the status conference set for November 30, 2022, be vacated.

Dated:  November 28, 2022

PHILLIP A. TALBERT
United States Attorney

By: */s/ KAREN A. ESCOBAR*
KAREN A. ESCOBAR
Assistant United States Attorney

IT IS SO ORDERED.

Dated:   November 28, 2022

UNITED STATES DISTRICT JUDGE

MOTION TO DISMISS AND PROPOSED ORDER