IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | REENTRY COURT PROGRAM |
| v. | ) | |
| | ) | ORDER TO REDUCE TERM OF |
| Vanessa Sanchez, | ) | SUPERVISED RELEASE |
| | ) | FOR SUCCESSFUL COMPLETION |
| Defendant. | ) | OF REENTRY COURT |
| | ) | (18 U.S.C. 3583(3)(1)) |
| | ) | |
| | ) | Docket Number:  0972 1:19CR00092-001 |

On April 6, 2021, the defendant was accepted as a participant in the Reentry Court Program. As of December 6, 2022, the defendant will successfully complete the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of February 25, 2024.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on February 26, 2020, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

December 2, 2022
**Date**

The Honorable Christopher D. Baker
U.S. Magistrate Judge

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced by one year, with a new termination date of February 25, 2024.

December 2, 2022
**Date**

The Honorable Ana de Alba
U.S. District Judge

cc:   Defendant
    Assistant United States Attorney:   Karen Escobar
    Defense Counsel:   Serita Rios
    FLU Unit – United States Attorney's Office
    Fiscal Clerk - Clerk's Office