HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:19-CR-00092-1-ADA |
| *Plaintiff,* | ) ) ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) ) | |
| VANESSA SANCHEZ, | ) ) | |
| *Defendant.* | ) ) ) | |

Defendant, Vanessa Sanchez, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of her supervised release that began on February 26, 2020.

Ms. Corona submits the attached Financial Affidavit as evidence of her inability to retain counsel at this time. After reviewing her Financial Affidavit, it is respectfully recommended that CJA counsel, Serita Rios, be appointed to assist Ms. Sanchez with terminating her supervised release, nunc pro tunc as of July 24, 2023.

DATED: July 26, 2023                             */s/ Eric V Kersten*
                                                 ERIC V. KERSTEN
                                                 Assistant Federal Defender
                                                 Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA counsel, Serita Rios, nunc pro tunc as of July 24, 2023 pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**July 26, 2023**__          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE